**GENERAL REFRACTORIES COMPANY, Appellant,**

v.

**Herman DAY et al., Appellees.**

Court of Appeals of Kentucky.

Oct. 25, 1974.

Appeal from Carter Circuit Court; Ralph N. Walter, Judge.

Howard VanAntwerp, III, Caldwell, VanAntwerp, Welch & Hughes, Ashland, for appellant.

Alvin B. Trigg, Lexington, Thomas L. Ferreri, Ky. Dept. of Labor, Louisville, J. Keller Whitaker, Director, Workmen's Compensation Board Frankfort, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

**Dennis R. NOVIELLO, Appellant,**

v.

**Sara Elizabeth HEADLEY, Appellee.**

Court of Appeals of Kentucky.

Oct. 25, 1974.

Appeal from Fayette Circuit Court; Chas. M. Tackett, Judge.

Frank S. Ginocchio, Lexington, for appellant.

Harry B. Miller, Jr., Miller, Griffin & Marks, Lexington, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

**Edward (Edd) SWAFFORD and Glenn Swafford, Appellants,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Oct. 25, 1974.

Appeal from Clay Circuit Court; Clay M. Bishop, Judge.

A. Douglas Reece, Manchester, for appellants.

Ed W. Hancock, Atty. Gen., Patrick B. Kimberlin, III, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

**Richard Ray WALLACE, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Oct. 25, 1974.

Appeal from Pulaski Circuit Court; Lawrence S. Hail, Judge.

Anthony M. Wilhoit, Public Defender, Kathleen McCabe, Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Miles H. Franklin, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

* Opinion ordered not to be published.